UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CABRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>　　　　Defendants | No. 2:17-cv-0743 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On May 11, 2017, the court ordered plaintiff to file a completed application to proceed in forma pauperis within 30 days. Plaintiff was warned that failure to file a completed application to proceed in forma pauperis within 30 days would result in dismissal.[1] Plaintiff has not filed a completed application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to the case; and

/////

/////

---

[1] The court's docket reveals that the court's May 11, 2017 order was returned to the court by the U.S. Postal Service because plaintiff was released from the Butte County Jail. Plaintiff has not provided the court with a new address. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1 IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

2 These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 21, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] cabr0743.fifp